IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2177-JLK-BNB**

**MICHELLE STIEBER and
MARK STIEBER,**

    Plaintiffs,

v.

**ALLSTATE INSURANCE COMPANY,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

Pursuant to the Stipulation for Dismissal with Prejudice (doc. #10), filed May 25, 2007, is it

ORDERED that this case is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorney fees.

Dated this 25th day of May, 2007.

                        BY THE COURT:

                        *S/John L. Kane*
                        Senior Judge, United States District Court